UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JERRY LYNN O'NEAL, | 3:13-CV-0304-RCJ (VPC) |
| Plaintiff, | |
| vs. | REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| GOV. BRIAN SANDOVAL, et al., | |
| Defendants. | March 3, 2014 |

This Report and Recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reason set forth below, it is recommended that plaintiff's complaint be dismissed with prejudice.

## I. BACKGROUND, DISCUSSION & CONCLUSION

On October 10, 2013, the court granted plaintiff's request to proceed *in forma pauperis* (#2). Additionally, the court dismissed plaintiff's complaint without prejudice for failure to state a viable civil rights claim *Id.* Plaintiff was granted thirty (30) days within which to file an amended complaint that stated a claim upon which relief may be granted. *Id.* Plaintiff was cautioned his case would be dismissed if he failed to file an amended complaint within the time allotted. *Id.*

Plaintiff failed to file an amended complaint as ordered and has not requested additional time in which to do so. Therefore, this court recommends that plaintiff's complaint be **DISMISSED** with prejudice.

The parties are advised:

1. Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and

Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

    2. This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that the district court enter an order **DISMISSING** plaintiff's complaint with prejudice.

DATED: March 3, 2014.

_____
UNITED STATES MAGISTRATE JUDGE