UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| JERRY LYNN O'NEAL,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GOVERNOR BRIAN SANDOVAL, *et al.*,  )<br>  )<br>        Defendants.  )<br>  ) | CASE NO.: 3:13-CV-00304-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on March 3, 2014, in which the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED with prejudice. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE